# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. **ROBERT ALEXANDER ESCOBEDO (2)**    No. **08MJ8178**

HON. **PETER C. LEWIS**    Tape No. **PCL08-1-12:17-12:21 (5 mins)**

Asst. U.S. Attorney **JOHN F. WEISS**    PTSO

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Diane Regan FD S/A for Frank M. Mangan FD | X Apt | Ret | for | ESCOBEDO | (2) | (C) |

PROCEEDINGS:    ___ In Chambers    X In Court    ___ By Telephone

Preliminary Hearing as to ROBERT ALEXANDER ESCOBEDO (2) - not held.

Oral Motion for Dismiss by Gov't as to ROBERT ALEXANDER ESCOBEDO (2) - GRANTED without prejudice.

Abstract issued to USM as to ROBERT ALEXANDER ESCOBEDO (2)

Date    3/11/08    Maria J. Mirabella for Teresa Romero
                   Deputy's Initials